PD-0463-15

KIRT Allen ESTHAY
TDCS No. 1919078
3060 F.M. 3514
BEAUMONT TX 77705

REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

November 18, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. Box 12308
AUSTIN TX 78711

PD No. 0463-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 17 2015

Abel Acosta, Clerk

DEAR SIR

WOULD YOU PLEASE SEE THIS MOTION GETS FILED with the Court.

SINCERELY,
Kirt A Esthay

# COURT OF CRIMINAL APPEALS
## OF TEXAS

KIRT ALLEN ESTHAY
Appellant,

v.

THE STATE OF TEXAS
Appellee.

Tr. Ct. No. DAS-13-01849
COA No. 03-14-00313-CR
PD-0463-15
MOTION FOR
RECONSIDERATION
PETITION FOR DISCRETIONARY
REVIEW

COMES NOW Petitioner. KIRT ALLEN ESTHAY PRO SE, WHO MAKES THIS MOTION WITH THIS COURT FOR RECONSIDERATION OF ORDER DATED NOVEMBER 4, 2015.

WHEREFORE, Petitioner RESPECTFULLY REQUEST THIS HONORABLE GRANT THIS MOTION FOR RECONSIDERATION.

RESPECTFULLY SUBMITTED,
KIRT ALLEN ESTHAY
3060 F.M. 3514
Beaumont, TX 77705
Kirt Allen Esthay
DATE: NOVEMBER 11, 2015

## CERTIFICATE OF SERVICE

I KIRT ALLEN ESTHAY CERTIFYs THAT A TURE COPY OF THE ABOVE PETITION was SENT TO MR GEORGE McCREA OF THE 119TH DISTRICT ATTORNEY, BY PLACING A COPY IN THE U.S. MAIL THOUGH THE MARK W. STILES UNITS MAIL ROOM ADDRESSED TO 124 W. BEAURGARD SAN ANGELO TEXAS 76903. ON THIS THE DAY OF NOVEMBER 11, 2015.

RESPECTFULLY,
KIRT ALLEN ESTHAY
3060 F.M. 3514
BEAUMONT, TX 77705
Kirt Allen Esthay

KIRT A. ESTHAY #1919078
3060 F.M. 3514
Beaumont, TX 77705

Legal
Mail

NORTH HOUSTON TX 773
13 NOV 2015 PM 9 L
FOREVER
USA



COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308
AUSTIN, TX 78711

78711230608